**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**MELVYN D. SPURGEON,**

      Plaintiff,

v.                                                 **CIVIL ACTION NO. 3:05-CV-100
(BAILEY)**

**CERTAIN UNDERWRITERS AT
LLOYD'S LONDON,**

      Defendant.

## ORDER SCHEDULING STATUS CONFERENCE

On this day, the above-styled matter came before the Court for consideration of the Defendant's Suggestion(s) of Unopposed Motion [Docs. 52, 53].  Upon review, the Court finds that more information is required to make a ruling on the same.  Accordingly, the Court will conduct a **status conference** on **September 17, 2007, at 4:30 p.m.**, in **Martinsburg, WV**.  The Court further **ORDERS** that counsel for both parties and the plaintiff, Melvyn Spurgeon, appear in person for the hearing.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

      **DATED:** August 9, 2007.

                                                                  JOHN PRESTON BAILEY
                                                              UNITED STATED DISTRICT JUDGE