IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**MELVYN D. SPURGEON,**

    **Plaintiff,**

**v.**                                                    **CIVIL ACTION NO. 3:05CV100**

**CERTAIN UNDERWRITERS AT**
**LLOYD'S, LONDON,**

    **Defendant.**

## ORDER DIRECTING UNDERWRITERS' TO
## FILE SCHEDULE OF ALL INTERESTED PARTIES

It has come to the Court's attention that the defendants, Certain Underwriters at Lloyd's has failed to file a statement of all interested parties, including parents owning ten percent (10%) or more of any of the parties. Accordingly, it is hereby ORDERED that within ten (10) days the defendants file a list of all entities making up "Certain Underwriters at Lloyd's." For each such entity, the defendants are to list any parent corporation owning ten percent (10%) or more of the stock of such entity. If any such entity is a partnership or limited liability company, the identity of each partner or member is to be listed. For each entity, the citizenship, principal place of business, and state of incorporation, if any, is to be listed.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: March 4, 2008.

[signature]

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE